**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **ESCgov, INC.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 1:13-cv-1344 GBL/TCB |
| ) | |
| **BMC SOFTWARE, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

**DEFENDANT BMC SOFTWARE, INC.'s RESPONSE TO
<u>ESCGOV, INC.'S MOTION TO SEAL</u>**

Defendant BMC Software Inc. ("BMC"), by and through its undersigned counsel, submits this response to ESCgov, Inc.'s ("ESCgov") Motion to Seal [Dkt. No. 151]. In its Motion to Seal, Plaintiff moves this Court to seal certain exhibits attached to its Opposition to BMC's Motion for Summary Judgment in accordance with the Agreed Protective Order [Dkt. No. 38].

BMC does not oppose Plaintiff's Motion. That said, BMC does not believe that any of the enumerated exhibits contain BMC's confidential or sensitive commercial information. Therefore, BMC does not join Plaintiff's Motion to seal the exhibits.

2

Dated: July 9, 2014                  Respectfully Submitted,

/s/ Benjamin G. Chew
Benjamin G. Chew (VSB #29113)
Nigel L. Wilkinson (VSB #46500)
Erica J.H. Kraus (VSB #83242)
PILLSBURY, WINTHROP, SHAW, PITTMAN LLP
2300 N Street, NW
Washington, DC 20037
Telephone: (202) 663-8047
Facsimile: (202) 663-8007
Email: benjamin.chew@pillsburylaw.com

T. Michael Guiffré (admitted *pro hac* vice)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6441
Facsimile: (202) 457-6315
Email: michael.guiffre@squirepb.com

*Counsel for Defendant BMC Software, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July 2014, a true and correct copy of the foregoing Response to ESCgov's Motion to Seal will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Benjamin G. Chew
Benjamin G. Chew